IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| UNITED STATES OF AMERICA | ) |  CR 13  076S |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | In violation of 21 U.S.C. §§ 841(a)(1) and |
| | ) | (b)(1)(C); and 18 U.S.C. §1512(a)(2)(a) |
| VICTOR BURGOS | ) | |
| a/k/a "FAT BOY" | ) | |

INDICTMENT

The Grand Jury charges that:

COUNT I

On or about May 14, 2013, in the District of Rhode Island, the defendant, VICTOR BURGOS, a/k/a "FAT BOY," did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of Fentanyl Acetyl analog, a Schedule I controlled substance analogue as defined in 21 U.S.C. § 802(32), knowing that the substance was intended for human consumption as provided in 21 U.S.C. § 813, all in violation of Title 21, United States Code, §§ 841(a)(1) and (b)(1)(C).

COUNT II

On or about May 16, 2013, in the District of Rhode Island, the defendant, VICTOR BURGOS, a/k/a "FAT BOY," did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of Fentanyl Acetyl analog, a Schedule I controlled substance analogue as defined in 21 U.S.C. § 802(32), knowing that the substance was intended for human

consumption as provided in 21 U.S.C. § 813, all in violation of Title 21, United States Code, §§ 841(a)(1) and (b)(1)(C).

## COUNT III

On or about June 3, 2013, in the District of Rhode Island, the defendant, VICTOR BURGOS, a/k/a "FAT BOY," used the threat of physical force against a person with the intent to influence, delay or prevent the testimony of any person in an official proceeding, in violation of Title 18 U.S.C. § 1512(a)(2)(A).

A TRUE BILL:

**REDACTED**

PETER F. NERONHA
United States Attorney

_____
PAMELA E. CHIN
Assistant U.S. Attorney

_____  Dated: 6/5/2013
STEPHEN G. DAMBRUCH
Assistant U.S. Attorney
Criminal Chief