IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | CR 13 076S |
| v. | ) |
| | ) In violation of 21 U.S.C. §§ 841(a)(1) and |
| | ) (b)(1)(C); and 18 U.S.C. §1512(a)(2)(a) |
| VICTOR BURGOS | ) |
| a/k/a "FAT BOY" | ) |

## INDICTMENT

The Grand Jury charges that:

### COUNT I

On or about May 14, 2013, in the District of Rhode Island, the defendant, VICTOR BURGOS, a/k/a "FAT BOY," did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of Fentanyl Acetyl analog, a Schedule I controlled substance analogue as defined in 21 U.S.C. § 802(32), knowing that the substance was intended for human consumption as provided in 21 U.S.C. § 813, all in violation of Title 21, United States Code, §§ 841(a)(1) and (b)(1)(C).

### COUNT II

On or about May 16, 2013, in the District of Rhode Island, the defendant, VICTOR BURGOS, a/k/a "FAT BOY," did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of Fentanyl Acetyl analog, a Schedule I controlled substance analogue as defined in 21 U.S.C. § 802(32), knowing that the substance was intended for human

consumption as provided in 21 U.S.C. § 813, all in violation of Title 21, United States Code, §§ 841(a)(1) and (b)(1)(C).

## COUNT III

On or about June 3, 2013, in the District of Rhode Island, the defendant, VICTOR BURGOS, a/k/a "FAT BOY," used the threat of physical force against a person with the intent to influence, delay or prevent the testimony of any person in an official proceeding, in violation of Title 18 U.S.C. § 1512(a)(2)(A).

A TRUE BILL:

**REDACTED**

PETER F. NERONHA
United States Attorney

_____
PAMELA E. CHIN
Assistant U.S. Attorney

_____   Dated: 6/5/2013
STEPHEN G. DAMBRUCH
Assistant U.S. Attorney
Criminal Chief