# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CR 13 – 076 S |
| ) | |
| VICTOR BURGOS ) | |
|    a.k.a. "Fat Boy" ) | |

### GOVERNMENT'S MOTION TO GRANT DEFENDANT A THREE LEVEL DECREASE IN OFFENSE LEVEL FOR ACCEPTANCE OF RESPONSIBILITY

The United States of America, by and through its attorneys, Peter F. Neronha, United States Attorney, and Pamela E. Chin, Assistant United States Attorney, moves this Honorable Court, pursuant to USSG § 3E1.1, for a three level decrease in the defendant's offense level based upon his acceptance of responsibility and because his timely notification of his intention to enter a plea of guilty permitted the government to avoid preparing for trial and to allocate its resources more efficiently.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorney,

PETER F. NERONHA
United States Attorney

/s/ Pamela E. Chin
_____
PAMELA E. CHIN
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Email: pamela.chin@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 30th day of September, 2013, a copy of the within "Government's Motion to Grant Defendant a Three Level Decrease in Offense Level for Acceptance of Responsibility" was filed electronically and is available for viewing and downloading from the ECF system.

Judith Crowell, Esq.
128 Dorrance Street
Providence, Rhode Island 02903

                                                  /s/ Pamela E. Chin

                                                  Pamela E. Chin
                                                  Assistant U. S. Attorney