# TRANSCRIPT ORDER

AO 435 (Rev. 03/08) — Administrative Office of the United States Courts

**FOR COURT USE ONLY**
DUE DATE:

1. **NAME:** Victor Burgos
2. **PHONE NUMBER:**
3. **DATE:** 10-20-14
4. **MAILING ADDRESS:** P.O. Box 9000
5. **CITY:** Berlin
6. **STATE:** N.H.
7. **ZIP CODE:** 03570
8. **CASE NUMBER:** 1:13CR00076-026
9. **JUDGE:** Chief Judge William E. Smith
10. **FROM:** 5-17-13
11. **DISTRICT COURT:** District of Rhode Island
12. **CASE NAME:**
13. **CITY:** Providence
14. **STATE:** R.I.

15. **ORDER FOR:**
- [X] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER

16. **TRANSCRIPT REQUESTED**

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [ ] OTHER (Specify) | |
| [X] SENTENCING | 11-22-13 | | |
| [X] BAIL HEARING | | | |

17. **ORDER**

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [X] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | ESTIMATE TOTAL | 0.00 |

**CERTIFICATION (18. & 19.)** By signing below, I certify that I will pay all charges (deposit plus additional).

18. **SIGNATURE:** Victor Burgos
19. **DATE:** 10-20-14

TRANSCRIPT TO BE PREPARED BY:
COURT ADDRESS:
PROCESSED BY:
PHONE NUMBER:

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

DISTRIBUTION: COURT COPY — TRANSCRIPTION COPY — ORDER RECEIPT — ORDER COPY